spondent. No opinion. Order affirmed, with $10 costs and disbursements. See 76 N. Y. Supp. 476.

CROKER, Appellant, v. STURGIS, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. January 16, 1903.) Matter of Edward F. Croker against Thomas Sturgis, commissioner. J. J. Delany, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 79 N. Y. Supp. 640.

D'AMATTO, Appellant, v. URBAN, Respondent. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Action by Joseph D'Amatto against Wenzel C. Urban. No opinion. Order affirmed on argument, with $10 costs and disbursements.

In re DAVENPORT. (Supreme Court, Appellate Division, Second Department. January 16, 1903.) In the matter of the settlement of the account of William B. Davenport, as administrator of the goods, chattels, and credits which were of Eliza T. White, deceased. PER CURIAM. We have heretofore considered all questions presented upon this motion in a previous decision herein. As already pointed out, the denial of this motion does not preclude appellant from raising the questions upon appeal from the final order, if that order be adverse to him. Were this not so, we would now be inclined to afford him an opportunity by granting this motion. Motion denied, without costs.

DAVIDOW, Respondent, v. DAVIDOW, Appellant. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by Frances Davidow against Edward B. Davidow. A. Levy, for appellant. W. J. Barr, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DAVIDOW, Respondent, v. DAVIDOW, Appellant. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by Frances Davidow against Edward B. Davidow. A. Levy, for appellant. W. J. Barr, for respondent. No opinion. Motion denied.

DAVIES et al., Respondents, v. VAN DER LAAN et al., Appellants. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Action by Davies, Turner & Co. against Albert Van Der Laan and another. W. Phlippeau, for appellants. G. E. Hargrave, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

DELANEY et al., Appellants, v. GRAHAM et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Action by Thomas M. De Laney and others against Ephriam P. Graham and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

DEMPSEY v. GAZZAM. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Action by John A. Dempsey against Joseph M. Gazzam. No opinion. Motion denied. See 79 N. Y. Supp. 330.

DE NOYELLES et al., Respondents, v. McCABE, Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1903.) Action by Daniel De Noyelles and others against Felix McCabe. No opinion. Motion granted, and case placed at the foot of the January calendar, on payment of $10 costs by the appellant within five days.

DEVEREAUX, Appellant, v. WESTERN TRANSIT CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 27, 1903.) Action by Patrick J. Devereaux against the Western Transit Company. No opinion. Judgment affirmed, with costs.

DITMAS, Respondent, v. McKANE et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Action by Abigail V. Ditmas individually and as sole surviving administratrix, etc., against James McKane and others. No opinion. Motion to dismiss appeal denied.

DOLFF, Appellant, v. DEY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 6, 1903.) Action by Myer Dolff against Robert Dey and others. No opinion. Judgment affirmed, with costs.

In re DUELL'S ESTATE. (Supreme Court, Appellate Division, Third Department. January 23, 1903.) In the matter of the estate of Mary J. Duell, deceased. No opinion. Motion denied.

DUPIGNAC v. BERNSTROM. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Action by Frank J. Dupignac against John Bernstrom individually. No opinion. Motion denied.

In re EAST ONE HUNDRED AND SEVENTY-NINTH ST. (Supreme Court, Appellate Division, First Department. February 13, 1903.) In the matter of East One Hundred and Seventy-Ninth street. No opinion. Motion denied on payment of $10 costs, and on payment of an additional $10 leave given to apply to the court below to open default.

In re EAST ONE HUNDRED AND SEVENTY-NINTH ST. In re MOSES. (Supreme Court, Appellate Division, First Department. February 13, 1903.) In the matter of East One Hundred and Seventy-Ninth street, in Re Moses. No opinion. Motion denied on payment of $10 costs, and, on payment of an additional $10, leave given to apply to the court below to open default.

EBBERS, Respondent, v. KETTELHODT, Appellant. (Supreme Court, Appellate Division, Second Department. February 11, 1903.)

Action by John L. Ebbers against Fred T. Kettelhodt. No opinion. Judgment of the Municipal Court affirmed, with costs.

ECCARDT, Appellant, v. EISENHAUER, Respondent. (Supreme Court, Appellate Division, Second Department. January 30, 1903.) Action by Catharine Eccardt against John Eisenhauer. No opinion. Motion to resettle order granted.

ECKEL et al., Appellants, v. REICHMANN et al., Respondents. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Action by Henry Eckel and others against Theodor Reichmann and others. J. A. Douglas, for appellants. H. Swain, for respondents. No opinion. Judgment affirmed, with costs.

EDWARDS, Appellant, v. FORTY-SECOND ST. M. & ST. N. AV. RY. CO., Respondent. (Supreme Court, Appellate Division. First Department. February 6, 1903.) Action by William H. Edwards against the Forty-Second St. M. & St. N. Av. Railway Company. M. Feltenstein, for appellant. J. M. O'Neill, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

EGAN, Appellant, v. FITCH et al., Respondents. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by Julia H. Egan against Allen Fitch and others. H. W. Leonard, for appellant. C. J. Sullivan, for respondents. No opinion. Judgment affirmed, with costs.

ELDRIDGE, Respondent, v. CORNING, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 30, 1903.) Action by George I. Eldridge against Anna Corning. No opinion. Judgment and order affirmed, with costs.

In re ELMIRA TRUST CO. (Supreme Court, Appellate Division, Third Department. January 20, 1903.) In the matter of the application of the Elmira Trust Company to be designated as a depositary bank for court funds. No opinion. Motion granted.

EMBERSON, Respondent, v. WILSON, Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Action by Samuel Emberson against Edward C. Wilson. No opinion. Judgment and order affirmed, with costs.

ENNIS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 6, 1903.) Action by Matthew Ennis against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

EPISCOPO, Respondent, v. MAYOR, ETC., OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Depart-ment. February 20, 1903.) Action by Henry A. Episcopo against the mayor and council of the city of New York. T. Connoly, for appellant. G. R. Hawes, for respondent. No opinion. Judgment affirmed, with costs. See 72 N. Y. Supp. 140.

ERSKINE v. ERSKINE. (Supreme Court, Appellate Division, First Department. January 16, 1903.) Action by John K. Erskine against Marie A. Erskine. No opinion. Motion denied, with $10 costs.

FAIRCHILD et al., Respondents, v. EBERHARD et al., Appellants. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Action by Fairchild Bros. against Matilda Eberhard and others. G. H. Taylor, for appellants. G. T. Kirby, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

FAULKNER, Appellant, v. COMPTON, Respondent. (Supreme Court Appellate Division, First Department. January 9, 1903.) Action by James A. Faulkner against Charles R. Compton. E. W. S. Johnston, for appellant. W. Sharp, for respondent. No opinion. Judgment affirmed, with costs.

FERDINAND MUNCH BREWERY, Respondent, v. NEW YORK & N. S. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 11, 1903.) Action by the Ferdinand Munch Brewery against the New York & North Shore Railway Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

FISCHER, Respondent, v. SHEEHAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1903.) Action by Charles Fischer against Daniel F. Sheehan. No opinion. Judgment and order affirmed, with costs.

FISHER, Respondent, v. YOUNG, Appellant. (Supreme Court, Appellate Division, Third Department. January 23, 1903.) Action by Edward B. Fisher by his guardian, etc.. against William M. Young. No opinion. Judgment and order unanimously affirmed, with costs.

FISK et al. v. FISK et al. (Supreme Court, Appellate Division, First Department. January 16, 1903.) Action by Almira G. Fisk and another against Fisk, Clark & Flagg. No opinion. Motion denied, with $10 costs.

FITCH et al., Appellants, v. FRASER, Respondent. (Supreme Court, Appellate Division, Third Department. January 14, 1903.) Action by Augustus S. Fitch and others against Tina B. Fraser. No opinion. Motion denied, without costs.

FITZPATRICK, Appellant, v. HUDSON RIVER WATER POWER CO., Respondent. (Supreme Court, Appellate Division, Third Department. January 20, 1903.) Action by Ed-